**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARRYL YOUNG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:07CV327MLM |
| | ) |
| AL LUEBBERS, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petition filed by Darryl Young for Writ of Habeas Corpus by a Person in State Custody, filed pursuant to 28 U.S.C. § 2254, is **DENIED** in its entirety, with prejudice. Doc. 1.

    /s/Mary Ann L. Medler
    MARY ANN L. MEDLER
    UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2007.